# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD S. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Case No. 08-1316 (RJL) |
| | ) |
| CHARLES F. BOLDEN, JR., | ) |
| ADMINISTRATOR, NATIONAL | ) |
| AERONAUTICS AND SPACE | ) |
| ADMINISTRATION, | |
| | |
| Defendant. | |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is this
31st day of March, 2010, hereby

**ORDERED** that the defendant's Motion for Summary Judgment [# 13] is

**GRANTED**, and it is further

**ORDERED** that the above-captioned case be **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge